Dustin McLINDEN,
Claimant/Respondent,

v.

JOHN BEAL, INC.,
Employer/Appellant,

and

Division of Employment Security,
Respondent/Respondent.

No. ED 97764.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 11, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 23, 2012.

Application for Transfer Denied Jan. 29, 2013.

Dustin McLinden, St. Louis, MO, Claimant acting Pro se.

Sheldon D. Korlin, St. Louis, MO, for appellant.

Robert A. Bedell, Jefferson City, MO, for respondent Missouri Department of Labor and Industrial Relations Division of Employment Security.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Employer, John Beal, Inc., appeals from the Decision of the Labor and Industrial

Relations Commission affirming the decision of the Appeals Tribunal of the Division of Employment Security. The decision of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the Decision of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).